OPINION — AG — ** SAVINGS AND LOAN CODE — STATUTORY FILING FEES ** THE STATUTORY FILING FEE REFERRED TO IN 18 O.S. 381.25 [18-381.25] IS FOUND UNDER THE " GENERAL BUSINESS CORPORATION ACT " AT 18 O.S. 1.247 [18-1.247](1). (SECRETARY OF STATE, FILING, FEES, ARTICLES, CERTIFICATE OF INCORPORATION) CITE: 18 O.S. 381.25 [18-381.25], 18 O.S. 1.247 [18-1.247](1), 18 O.S. 231 [18-231], 18 O.S. 381.67 [18-381.67], 18 O.S. 381.1 [18-381.1] — 18 O.S. 381.70 [18-381.70], 18 O.S. 381.15 [18-381.15] (PAUL C. DUNCAN)